**E-Filed: 03.30.10**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN K. LUJAN, | ) CASE NO. CV 04-01127 MMM (RCF) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| SYLVIA GARCIA, Warden | ) |
| Respondent. | ) |

Pursuant to the Order Supplementing and Amending the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is granted and a conditional writ of habeas corpus is issued. Respondent must release petitioner within ninety days of the date of this order unless, within that period of time, the state initiates proceedings to modify petitioner's convictions in Los Angeles Superior Court Case No. BA 172982 to convictions for second degree murder or to retry petitioner.

DATED: March 30, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE