UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN KENNETH LUJAN,<br><br>    Petitioner,<br><br>    v.<br><br>SILVIA GARCIA, Warden,<br><br>    Respondent. | Case No. CV 04-01127 MMM (RCF)<br><br>**JUDGMENT** |

Pursuant to the mandate of the United States Court of Appeals, Ninth Circuit, filed on November 12, 2014, and the judgment of that Court entered on October 29, 2013,

IT IS ADJUDGED that the Second Amended Petition is granted and a conditional writ of habeas corpus is issued. Respondent must release petitioner within 90 days of the date of this order unless, within that period of time, the state initiates proceedings to retry petitioner or the state court independently determines that petitioner's conviction can be modified under state law.

DATED: January 23, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE